UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| OSCAR ORTIZ MARTINEZ, | Case No.: 18cv764-LAB (BLM) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| UNIVISION COMMUNICATIONS, et al., | |
| Defendant. | |

Plaintiff, a prisoner in federal custody in South Dakota, filed this defamation against Univision Communications, Aqui y Ahora Television Program, and unknown entities and individuals. His claims arise under state law, and the only basis for this Court's jurisdiction is diversity. On April 26, the Court granted him leave to proceed *in forma pauperis* ("IFP").

Plaintiff is claiming damages in excess of $100,000. He identifies himself as a California citizen temporarily housed at a federal prison camp in South Dakota. He has not, however, alleged the citizenship of any of the Defendants.

The Court is required under 28 U.S.C. § 1915(e) to screen the complaint, and to dismiss it to the extent it fails to state a claim. The Court is also required to raise and address jurisdictional issues, *sua sponte* if necessary. *See Mt. Healthy City School Dist. Bd. of Ed. v. Doyle*, 429 U.S. 274, 278 (1977).

Plaintiff has not alleged the citizenship of any Defendants. And with regard to Aqui y Ahora Television Program, it's not even clear whom he is suing—the program itself, the personnel who produce it, a person or entity who owns rights to the program, or someone or something else.

Plaintiff is therefore **ORDERED TO SHOW CAUSE** why this action should not be dismissed without prejudice for lack of jurisdiction. He may do so by filing an amended complaint no later than **May 21, 2018**. His amended complaint must include a short and plain statement of the grounds for the Court's jurisdiction. *See* Fed. R. Civ. P. 8(a)(1). In particular, he must allege the citizenship of all parties, so as to establish complete diversity. *See Lincoln Property Co. v. Roche*, 546 U.S. 81, 88–89 (2005).

If Plaintiff fails to amend within the time permitted, this action will be dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated: April 30, 2018

_____
Hon. Larry Alan Burns
United States District Judge

2

18cv764-LAB (BLM)