UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OSCAR ORTIZ MARTINEZ,

Plaintiff,

v.

UNIVISION COMMUNICATIONS, et al.,

Defendants.

Case No.:  18cv764-LAB (BLM)

**ORDER OF DISMISSAL**

Plaintiff Oscar Ortiz Martinez brought defamation claims under state law, identifying diversity as the basis for this Court's jurisdiction. He identifies himself as a California citizen, but failed to identify the citizenship of any of the Defendants. The Court ordered him to show cause why this action should not be dismissed for lack of jurisdiction, by filing an amended complaint that included a short and plain statement of the grounds for the Court's jurisdiction.

In particular, the Court cautioned him that he must allege the citizenship of all parties, so as to establish complete diversity. *See Lincoln Property Co. v. Roche*, 546 U.S. 81, 88–89 (2005). If he failed to amend successfully, the order cautioned, this action would be dismissed for lack of jurisdiction. One defect the order specifically identified was that Plaintiff named the Aqui y Ahora Television

Program as a Defendant, with no explanation of who or what he was suing or what their citizenship was.

Plaintiff has now filed an amended complaint that fails to allege the citizenship of any Defendant. It alleges street addresses and residences for three Defendants, but no citizenship for any of them. It alleges that the television program "is believed to be produced in Florida, New York and elsewhere" but does nothing to clarify who or what is being sued, or what the citizenship of those people or entities are. For Defendant Gerardo Reyes, a writer for Aqui y Ahora, it alleges no citizenship, and merely says his residence is unknown.

By failing to plead facts showing that the parties are diverse, Plaintiff has failed to invoke the Court's jurisdiction. This action is **DISMISSED WITHOUT PREJUDICE** to its being refiled in a court with jurisdiction over Plaintiff's claims. Leave to amend is **DENIED**. The Court certifies that no appeal from this dismissal would be taken in good faith. *See* Fed. R. App. P. (a)(3)(A).

**IT IS SO ORDERED**.

Dated: May 25, 2018

_____
Hon. Larry Alan Burns
United States District Judge

18cv764-LAB (BLM)