

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ortiz Martinez<br><br>**Plaintiff,**<br>V.<br>Univision Communications; Aqui y Ahora Television Program; Unknown Entities; Unknown Individuals; Agents<br><br>**Defendant.** | **Civil Action No.**   18cv764-LAB-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed without prejudice to its being refiled in a court with jurisdiction over Plaintiff's claims. Leave to amend is denied. The Court certifies that no appeal from this dismissal would be taken in good faith.

**Date:**    5/29/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Taylor
J. Taylor, Deputy